**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EARNEST WADDELL**                                                                                             **PLAINTIFF**

**VS.**                                    **CASE NO. 4:06CV01559 JMM**

**GREYHOUND LINES, INC.**                                                                                  **DEFENDANT**

**ORDER**

Pending before the Court is plaintiff's Motion to Compel. For the reasons stated below, the motion is denied (#19).

Plaintiff contends that defendant has failed to adequately respond to his discovery requests. Defendant responds that some of plaintiff's request are overbroad, that it has served plaintiff with supplemental responses which plaintiff has not addressed, and that it will continue to supplement its discovery responses as needed.

The Court has reviewed the responses and the supplemental responses and finds that these responses are sufficient as to Interrogatories Nos. 1, 2, 3, 4, 8, and 14, and as to Request for Production No. 6.

The Court also finds that (1) Interrogatories Nos. 1, 5, 9, 10, 15, and 17 are overbroad; (2) Request for Production No. 1, 6 and 7 are overbroad and seek confidential information from non-parties; (4) Request for Production No. 8 requests information not maintained by defendant and seeks information not timely associated with his claim which is not reasonably calculated to lead to the discovery of admissible evidence.

IT IS SO ORDERED THIS   18   day of    July   , 2007.


James M. Moody
United States District Judge