IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ERNEST WADDELL**                                                                                   **PLAINTIFF**

**VS.**                              **CASE NO. 4:06CV001559 JMM**

**GREYHOUND LINES, INC.**                                                               **DEFENDANT**

## ORDER

Pending is plaintiff's Motion to Dismiss Without Prejudice (#38) stating that recent health issues experienced by his attorney support dismissal of his claims without prejudice. Defendant opposes dismissal without prejudice as it contends that the motion to dismiss is an attempt to circumvent the Court's current scheduling order.

The Court finds that for good cause shown, plaintiff's motion will be granted and all of plaintiff's claims will be dismissed without prejudice with the understanding that any complaint re-filed containing claims brought under the ADEA will be subject to the requirements of 29 U.S.C. § 626 (d) and (e) (An ADEA lawsuit must be filed any time from 60 days after a charge is filed with the EEOC until 90 days after receipt of the EEOC right to sue letter).[1]

Plaintiff's claims are dismissed without prejudice and the Clerk of the Court is directed to close the case. All pending motions are dismissed as moot.

IT IS SO ORDERED THIS  20   day of   December  , 2007.

James M. Moody
United States District Judge

---

[1] To the extent that the Court does not have jurisdiction over the plaintiff's currently filed retaliation claim based upon his termination because the amended complaint containing this claim was filed before the 60 days had run from the time the EEOC charge had been filed or at the time of the Motion to Dismiss plaintiff had not received his right to sue letter, the dismissal of that claim is based upon the Court's lack of jurisdiction.